IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02733-WYD-BNB

KERN E. SALOMON,

Plaintiff,

v.

AMERICAN MULTI-CINEMA, INC., a Missouri corporation,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 18, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge