IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02733-WYD-BNB

KERN E. SALOMON,

    Plaintiff,

v.

AMERICAN MULTI-CINEMA, INC., a Missouri corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (filed June 9, 2010). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear his or its own attorneys' fees and costs.

    Dated: June 10, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge